Evan S. Goldstein (#011866)
Hesam Alagha (#026607)
HERMAN | GOLDSTEIN
1850 East Thunderbird
Phoenix, Arizona 85022
(602) 569-8200
egoldstein@hgfirm.com
halagha@hgfirm.com
meo@hgfirm.com

Wesley S. Chused, *Pro Hac Vice*
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
60 State Street, Suite 1100
Boston, MA 02109
617-226-3800
617-226-3801 (fax)
wchused@preti.com
*Attorneys for Third-Party Defendant Zelaya Trucking LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, a Connecticut corporation, individually and as subrogee for its insured, Stainless Steel Brakes Corp., a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>3DL DESIGN, INC., an Illinois corporation; AIT WORLDWIDE LOGISTICS, INC., d/b/a AIT FREIGHT SYSTEMS, an Illinois corporation; and DOES 1-10, inclusive,<br><br>Defendants.<br><br>AIT WORLDWIDE LOGISTICS, INC., d/b/a AIT FREIGHT SYSTEMS, an Illinois corporation,<br><br>Cross-Claimant,<br><br>v. | Case No.:  2:17-cv-02937-GMS<br><br>**MOTION OF THIRD-PARTY DEFENDANT ZELAYA TRUCKING, LLC FOR LEAVE TO HAVE ITS *PRO HAC VICE* COUNSEL PARTICIPATE VIA TELEPHONE IN THE JULY 27, 2018 STATUS CONFERENCE**<br><br>(The Honorable G. Murray Snow) |

1

| | |
|---|---|
| 1 | 3DL DESIGN, INC., an Illinois Corporation, |
| 2 | Cross-Defendant. |
| 3 | |
| 4 | AIT WORLDWIDE LOGISTICS, INC., d/b/a AIT FREIGHT SYSTEMS, an Illinois corporation, |
| 5 | |
| 6 | Third-Party Plaintiff, |
| 7 | v. |
| 8 | AMERICAN LINEHAUL CORPORATION, a New Jersey corporation, ERIK RODRIGUEZ FUENTES, JANE DOE RODRIGUEZ FUENTES, husband and wife, ZELAYA TRUCKING, LLC, an Arizona limited liability corporation, |
| 9 | |
| 10 | |
| 11 | Third-Party Defendant. |
| 12 | |
| 13 | AMERICAN LINEHAUL CORPORATION, a New Jersey corporation, |
| 14 | Third-Party Defendant/ Cross-Claimant, |
| 15 | |
| 16 | v. |
| 17 | ZELAYA TRUCKING, LLC, an Arizona limited liability corporation, |
| 18 | Third-Party Defendant/ Cross-Defendant. |
| 19 | |
| 20 | AMERICAN LINEHAUL CORPORATION, a New Jersey corporation, |
| 21 | Fourth-Party Plaintiff, |
| 22 | v. |
| 23 | UNITED XPRESS TRANSPORTATION LIMITED LIABILITY COMPANY, a New Jersey limited liability corporation, |
| 24 | |
| 25 | Fourth-Party Defendant. |
| 26 | |

2

Pursuant to LRCiv 7.2(h), Third-Party Defendant Zelaya Trucking, LLC ("Zelaya") respectfully moves for leave to have its *pro hac vice* counsel, Wesley S. Chused, appear via telephone at the Status Conference in this case scheduled for July 27, 2018.

As grounds for this Motion, Zelaya and its undersigned *pro hac vice* counsel, Wesley S. Chused, respectfully state that Attorney Chused is in Boston, MA. He is familiar with the claims, third-party claims and crossclaims against Zelaya, Zelaya's defenses and its written discovery served to date (Responses to Mandatory Initial Discovery served May 18, 2018, Interrogatories and Requests for Production of Documents to Third-Party Plaintiff AIT Worldwide Logistics, Inc., served May 22, 2018; and Zelaya's Interrogatories and Requests for Production of Documents to Third-Party Plaintiff American Linehaul Corporation). Mr. Chused is familiar with the issues insofar as they pertain to Zelaya and expected to be discussed at the July 27, 2018 Status Conference. Upon receipt of a dial-in phone number to the courtroom or chambers, Mr. Chused is prepared to do so at 9:30 a.m. (Phoenix time) on July 27, 2018 and appear accordingly on behalf of Zelaya.

Mr. Chused has circulated a draft of this Motion to counsel for all parties and no one has objected to it.

WHEREFORE, Third-Party Defendant Zelaya Trucking, LLC respectfully requests leave pursuant to LRCiv 7.2(h) for its *pro hac vice* counsel, Wesley S. Chused, to participate in the July 27, 2018 Status Conference via telephone.

RESPECTFULLY SUBMITTED this 9th day of July, 2018.

ZELAYA TRUCKING, LLC

By its attorneys,

/s/ *Wesley S. Chused*
Wesley S. Chused, *pro hac vice*
PRETI FLAHERTY BELIVEAU & PACHIOS LLP
60 State Street, Suite 1100
Boston, MA  02109
(617) 226-3800
wchused@preti.com

and

Evan S. Goldstein (#011866)
HESAM ALAGHA (#026607)
Herman | Goldstein
1850 East Thunderbird
Phoenix, AZ 85022
(602) 569-8200
egoldstein@hgfirm.com
halagha@hgfirm.com
meo@hgfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and served on counsel of record via the Court's CM/ECF system.

By: /s/ *Wesley S. Chused*
Wesley S. Chused